**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6065**

_____

JAMES JOSEPH OWENS,

                    Petitioner - Appellant,

          v.

WARDEN TYRANE L. MORGAN; FCI BUTNER-2,

                    Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
District Judge.  (5:08-hc-02062-D)

_____

Submitted:  June 29, 2011             Decided:  July 21, 2011

_____

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Joseph Owens, Appellant Pro Se.  Joshua Bryan Royster,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Joseph Owens, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Owens v. Morgan, No. 5:08-hc-02062-D (E.D.N.C. Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED